IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MARTEL,

     Plaintiff,                           No. CIV S-11-3040 GEB CKD PS

    vs.

UNITED STATES OF AMERICA,

     Defendant.
                             /

RICHARD MARTEL,

     Plaintiff,                           No. CIV S-11-509 JAM EFB PS

    vs.

FRANK CADJEW and JULIE CADJEW,

     Defendants.                       NON-RELATED CASE ORDER
                             /

     On April 11, 2012, the United States filed a Notice of Related Case in the above-captioned actions. Because the earlier action, *Martel v. Cadjew*, 2:11-cv-00509-JAM-EFB (PS), is now closed and the assignment of the two actions to a single judge is not likely to effect a savings of judicial effort or other economies, the actions will not be reassigned, as contemplated by Local Rule 123.

     SO ORDERED.

DATED: April 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE